THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Albert Dytch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | Case No. C 08-4164-TEH |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL; ORDER |
| v. | |
| DAVID D. CLAHAN and MASAMI H. CLAHAN, as Trustees, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Date: September 15, 2008

S/THOMAS N. STEWART, III
Attorney for Plaintiff

IT IS SO ORDERED:

C 08-4164-TEH

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA. Signed by Judge Thelton E. Henderson, 09/16/08]*